ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff NGOC LAM CHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual ) | Case No.: 3:19-cv-03677-JCS |
| Plaintiff, ) | **[~~PROPOSED~~] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. ) | |
| GIL MOORE OIL COMPANY, a California corporation, ) | [Hon. Joseph C. Spero presiding] |
| Defendants. ) | |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed without prejudice in the above-captioned action. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated  July 10, 2020

_____
Hon. Joseph C. Spero
Judge, United States District Court,
Northern District of California